UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., | CASE NO. 1:07CV1228 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | |
| DARNAE NASH, ET AL., | ORDER OF DISMISSAL |
| Defendant. | |

**CHRISTOPHER A. BOYKO, J:**

On September 26, 2007, the Court informed Plaintiff it had failed to perfect service on Defendants within one hundred and twenty days of the filing of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 4(m). This Court issued a Show Cause Order, giving Plaintiff until September 28, 2007, to demonstrate good cause for its failure to obtain timely service on Defendants. Plaintiff was informed that failure to show good cause would result in dismissal, without prejudice of her claims against Defendants. Since Plaintiff has failed to demonstrate good cause, this Court Orders her claims against Defendants dismissed, without prejudice, for failure to obtain service within the limitations period pursuant to Fed. R. Civ. P 4(m).

IT IS SO ORDERED.

09/28/2007
Date

S:/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge